Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **S-3 PUMP SERVICE, INC.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5626767** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **1918 Barton Drive** **Shreveport, LA 71107** Number, Street, City, State & ZIP Code  **Caddo** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.s3pumpservice.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ | |

| Debtor | S-3 PUMP SERVICE, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__1382__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | S-3 PUMP SERVICE, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | S-3 PUMP SERVICE, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 4, 2016**
             MM / DD / YYYY

X **/s/ Malcolm H. Sneed, III**                              **Malcolm H. Sneed, III**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Robert W. Johnson**                                   Date **March 4, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert W. Johnson**
Printed name

**Blanchard, Walker, O'Quin & Roberts**
Firm name

**333 Texas Street - Suite 700**
**Shreveport, LA 71101**
Number, Street, City, State & ZIP Code

Contact phone **318-221-6858**     Email address **rjohnson@bwor.com**

**01444**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **S-3 PUMP SERVICE, INC.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  4, 2016**      X  **/s/ Malcolm H. Sneed, III**
                                        Signature of individual signing on behalf of debtor

                                        **Malcolm H. Sneed, III**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial**  PO Box 78234  Phoenix, AZ 85062 | | Vehicles | Unliquidated | $39,348.98 | Unknown | $39,348.98 |
| **CAT Financial**  PO Box 905229  Charlotte, NC 28290 | | Equipment | Unliquidated | $87,868.27 | Unknown | $87,868.27 |
| **Chrysler Capital**  PO Box 660335  Dallas, TX 75266 | | Vehicles | Unliquidated | $699,014.18 | Unknown | $699,014.18 |
| **CIT Finance LLC**  1 CIT Drive - Mail Stop 4130  Livingston, NJ 07039 | | Equipment | | $1,458,475.03 | $1,150,000.00 | $308,475.03 |
| **Citizens Bank & Trust of Vivian**  120 West Arkansas Avenue  Vivian, LA 71082 | | Vehicles | Unliquidated | $91,690.77 | Unknown | $91,690.77 |
| **Citizens National Bank**  2711 East Texas Street  Bossier City, LA 71111 | | Real Estate - 412 Hamilton Road, Bossier City, LA 71111 | | $1,412,662.29 | Unknown | Unknown |
| **Element Financial Corp**  PO Box 71425  Chicago, IL 60694 | | Equipment: FNC Sch 17, 18, 19 | | $1,283,698.14 | $1,050,000.00 | $233,698.14 |
| **First National Bank of Hughes Sp**  PO Box 779  Jefferson, TX 75657 | | Equipment | Unliquidated | $589,353.38 | Unknown | $589,353.38 |
| **First National Capital LLC**  1029 HWY 6 North - Ste 650-283  Houston, TX 77079 | | Equipment | Unliquidated | $7,361.07 | Unknown | $7,361.07 |

| Debtor | S-3 PUMP SERVICE, INC. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ford Credit**<br>PO Box 542000<br>Omaha, NE 68154 | | **Vehicles** | **Unliquidated** | $40,555.43 | Unknown | $40,555.43 |
| **GE Capital**<br>PO Box 3083<br>Cedar Rapids, IA 52406 | | **Equipment** | **Unliquidated** | $69,375.25 | Unknown | $69,375.25 |
| **MB Financial**<br>6111 North River Road - 7th Flr<br>Des Plaines, IL 60018 | | **Equipment: Summit Sch 001, 013** | | $1,218,868.84 | $1,050,000.00 | $168,868.84 |
| **PACCAR Financial Corp**<br>PO Box 530491<br>Atlanta, GA 30353 | | **Vehicles** | **Unliquidated** | $840,400.39 | Unknown | $840,400.39 |
| **Prime Alliance Bank**<br>1868 South 500 West<br>Woods Cross, UT 84087 | | **Equipment: Summit Sch 003, 015** | | $958,956.57 | $700,000.00 | $258,956.57 |
| **Signature Financial LLC**<br>225 Broadhollow Rd - Ste 132W<br>Melville, NY 11747 | | **Equipment: FNC 11, 20, 21; Summit Sch 010, 011, 014** | | $2,122,181.13 | $1,500,000.00 | $622,181.13 |
| **Susquehanna Comm Fin Inc.**<br>2 Country View Rd - Ste 300<br>Malvern, PA 19355 | | **Equipment: FNC Sch 8; Summit Sch 012** | | $916,191.93 | $700,000.00 | $216,191.93 |
| **Trinity, Div of Bank of the West**<br>475 Sansonne St - 19th Flr<br>San Francisco, CA 94111 | | **Equipment: Summit Sch 004, 005, 008, 009** | | $1,716,311.11 | $1,400,000.00 | $316,311.11 |
| **Wells Fargo Equipment Leasing NW8704**<br>PO Box 1450<br>Minneapolis, MN 55485 | | **Equipment: Peterbilts & FNC Sch 9** | **Unliquidated** | $285,326.83 | Unknown | $285,326.83 |
| **Wintrust Equip Finance**<br>fka Beverly Bank<br>3665 Park Place West - Ste 150<br>Mishawaka, IN 46545 | | **Equipment** | | $406,258.01 | $350,000.00 | $56,258.01 |

Acuff & Associates, Inc.
210 Westwood Place - Ste 100
Brentwood, TN 37027

Ally Financial
PO Box 78234
Phoenix, AZ 85062

AR Dept of Fin & Admin
PO Box 9941
Little Rock, AR 72203

AT&T
PO Box 105262
Atlanta, GA 30348

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

ATTY GEN OFC
PO BOX 659791
San Antonio, TX 78265

Bank of America
PO Box 851001
Dallas, TX 75285

BARKSDALE FED CRED UNION
PO BOX 5727
Bossier City, LA 71171

Berkley Insurance Company
PO Box 204847
Dallas, TX 75320

Bienville Parish Sales & Use Tax  
PO Box 746  
Arcadia, LA 71001



Boss City Parish Sales & Use Tax  
PO Box 71313  
Bossier City, LA 71171



Bossier City Utilities Dept  
PO Box 5337  
Bossier City, LA 71171



Bossier Landscaping & Stone  
102 Magnolia Chase Dr  
Benton, LA 71006



BOSSIER PARISH SHERIFF TAX COLLE  
PO BOX 850  
Benton, LA 71006



Caddo Parish Comm  
PO Box 127  
Shreveport, LA 71163



Caddo Parish Garns  
501 Texas St - Rm 101  
Shreveport, LA 71101



Caddo Parish Sheriff Tax Dept  
PO Box 20905  
Shreveport, LA 71120



Caddo Sales & Use Tax  
PO Box 104  
Shreveport, LA 71161

CAT Financial
PO Box 905229
Charlotte, NC 28290



CenterPoint Energy
PO Box 4583
Houston, TX 77210



CenturyLink
PO Box 4300
Carol Stream, IL 60197



Chrysler Capital
PO Box 660335
Dallas, TX 75266



CIT Finance LLC
1 CIT Drive - Mail Stop 4130
Livingston, NJ 07039



Citizens Bank & Trust of Vivian
120 West Arkansas Avenue
Vivian, LA 71082



Citizens National Bank
2711 East Texas Street
Bossier City, LA 71111



City of Bossier City
620 Benton Road
Bossier City, LA 71111



City of Bossier City PTAX
PO BOX 5399
Bossier City, LA 71171

CITY OF DILLEY UTILITIES
PO DRAWER 230
Dilley, TX 78017


COMPTROLLER OF PUBLIC ACCTS TX
PO BOX 149348
Austin, TX 78714


COS REV DIVISION
PO BOX 30040
Shreveport, LA 71130


DEPT OF PUBLIC SAFETY-MVI A26
PO BOX 66614
Baton Rouge, LA 70896


DESOTO PARISH SALES & USE TAX
PO BOX 927
Mansfield, LA 71052


DOTD-HAZ MAT
PO BOX 530273
Atlanta, GA 30353


DOWAS
PO BOX 30065
Shreveport, LA 71153


EH National
Leasing Dept
3100 Bristol Street - Ste 150
Costa Mesa, CA 92626


Element Financial Corp
PO Box 71425
Chicago, IL 60694

First National Bank of Hughes Sp
PO Box 779
Jefferson, TX 75657


First National Capital LLC
1029 HWY 6 North - Ste 650-283
Houston, TX 77079


Ford Credit
PO Box 542000
Omaha, NE 68154


FRIO COUNTY APPR DIST
PO BOX 1129
Pearsall, TX 78061


FRIO COUNTY TAX OFC
500 E. SAN ANTONIO - BOX 20
Pearsall, TX 78061


GE CAP CORP
PO BOX 35707
Billings, MT 59107


GE Capital
PO Box 3083
Cedar Rapids, IA 52406


GE TRANSPORTATION FINANCE
PO BOX 822108
Philadelphia, PA 19182-5000


HARRISON COUNTY TAX COLLECTOR
PO BOX 967
Marshall, TX 75671

HILBURN & HILBURN
220 CARROLL ST - BLDG B
Shreveport, LA 71105


IRS
POB 7346
Philadelphia, PA 19101


JULIO MARINES
1320 S WESTGATE
Weslaco, TX 78596


LA BCBS
PO Box 650007
Dallas, TX 75265


LA Dept of Rev
POB 201
Baton Rouge, LA 70802


LA DEPT PUBLIC SAFETY
PO BOX 66601
Baton Rouge, LA 70896


LA DOTD
PO BOX 94245
Baton Rouge, LA 70804


LA DOTD - TRUCK PERMIT OFC
1201 CAPITOL ACCESS RD
Baton Rouge, LA 70802


LA IRP OMV
PO BOX 64848
Baton Rouge, LA 70896

LA OMV
PO BOX 60081
New Orleans, LA 70160

LA SOS
PO BOX 94125
Baton Rouge, LA 70804

LA STATE POLICE
PO BOX 61047
New Orleans, LA 70161

LINCOLN PAR SALES & USE TAX COMM
PO BOX 863
Ruston, LA 71273

LSTA
8120 JEFFERSON HWY
Baton Rouge, LA 70809

LUCY G. SIKES
PO BOX 2218
Memphis, TN 38101

LWCC MULTI STATE
2237 S ACADIAN THRUWAY
Baton Rouge, LA 70808

MB Financial
6111 North River Road - 7th Flr
Des Plaines, IL 60018

MEDINA ELEC COOP
PO BOX 49
Dilley, TX 78017

MS DEPT OF REV
500 CLINTON CENTER DRIVE
Clinton, MS 39056


MS DEPT OF TRANSPORTATION
BOX 3649
Jackson, MS 39207


Office of District Counsel-IRS
POB 30509
New Orleans, LA 70190


OH SOS
PO BOX 670
Columbus, OH 43216


OH STATE TREASURER
180 EAST BROAD ST - 4TH FLOOR
Columbus, OH 43215


PACCAR Financial Corp
PO Box 530491
Atlanta, GA 30353


Pacific Western Equip Fin
6975 Union Park Ctr - Ste 200
Midvale, UT 84047


Peoples Capital & Leasing Corp
255 Bank St
Waterbury, CT 06702


Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087

```
RBM LLP
624 TRAVIS ST - STE 800
Shreveport, LA 71101



RED RIVER PARISH OFFICE
PO BOX 375
Coushatta, LA 71019



RED RIVER PARISH POLICY JURY
PO. DRAWER 709
Coushatta, LA 71019



RED RIVER TAX AGENCY
PO BOX 570
Coushatta, LA 71019



Republic Bank
1560 S Renaissance Twr Dr - Ste
Bountiful, UT 84010



Sheriff, Caddo Parish
505 Travis Street - 7th Floor
Shreveport, LA 71101



Signature Financial LLC
225 Broadhollow Rd - Ste 132W
Melville, NY 11747



STATE COLLECTION & DISBURSE UNIT
PO BOX 98950
Las Vegas, NV 89193



STATE OF LA
PO BOX 60081
New Orleans, LA 70160
```

SUI LA DEPT OF LABOR
PO BOX 94050
Baton Rouge, LA 70804


Summit Fund Group
4680 Parkway Dr - Ste 300
`
Mason, OH 45040


Susquehanna Comm Fin Inc.
2 Country View Rd - Ste 300
Malvern, PA 19355


SWEPCO
PO BOX 24422
Canton, OH 44701


SWH DEPT OF REV
PO BOX 91017
Baton Rouge, LA 70821


TAB (Transportation Alliance)
4185 Harrison Blvd - Ste 200
Ogden, UT 84403


Trinity, Div of Bank of the West
475 Sansonne St - 19th Flr
San Francisco, CA 94111


TX COMPTROLLER OF PUBLIC ACCTS
PO BOX 149361
Austin, TX 78714


TX DEPT OF PUBLIC SAFETY
2751 N EARL RUDDER FREEWAY
Bryan, TX 77803

United Leasing Inc.
3700 Morgan Avenue
Evansville, IN 47715


UNIVERSAL PREMIUM FLEETCARDQ
PO BOX 70995
Charlotte, NC 28272


US Attorneys Office-West Dist LA
300 Fannin Street - Suite 3201
Shreveport, LA 71101


US Trustee
300 Fannin Street - Suite 3196
Shreveport, LA 71101


VALLEY TELEPHONE COOP
480 S 6TH ST
Raymondville, TX 78580


Wells Fargo Equipment Leasing
NW8704
PO Box 1450
Minneapolis, MN 55485


Wintrust Equip Finance
fka Beverly Bank
3665 Park Place West - Ste 150
Mishawaka, IN 46545

## United States Bankruptcy Court
### Western District of Louisiana

In re    **S-3 PUMP SERVICE, INC.**             Case No. _____
                                        Debtor(s)           Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 4, 2016**                  **/s/ Malcolm H. Sneed, III**
                                                **Malcolm H. Sneed, III**/**President**
                                                Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re **S-3 PUMP SERVICE, INC.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **S-3 PUMP SERVICE, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 4, 2016**  
Date

**/s/ Robert W. Johnson**  
**Robert W. Johnson 01444**  
Signature of Attorney or Litigant  
Counsel for **S-3 PUMP SERVICE, INC.**  
**Blanchard, Walker, O'Quin & Roberts**  
**333 Texas Street - Suite 700**  
**Shreveport, LA 71101**  
**318-221-6858 Fax:318-227-2967**  
**rjohnson@bwor.com**