Debtor name __S-3 PUMP SERVICE, INC.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF LOUISIANA__

Case number (if known) __16-10383__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $ 4,905,709.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $ 4,905,709.66

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 4,056,686.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 9,470,720.10

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

   $ 13,527,406.53

Fill in this information to identify the case:

Debtor name    **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **16-10383**

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.    **Cash on hand**                                                                                                     **$0.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Bancorp South** | **Checking** | 9830 | **$1,225,690.09** |
| 3.2.  **Citizens National Bank** | **Checking** | 1959 | **$156.00** |
| 3.3.  **Citizens National Bank-DIP** | **Checking** | 4709 | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1.  **In transit Cashier's Check from Regions Checking Account ending in 1434 (to close Regions account)** | **$6,857.97** |
| 4.2.  **Cash Bond-LA Dept of Transportation & Development; Account #139051 (truck permits)** | **$5,000.00** |

5.    **Total of Part 1.**

| $1,238,704.06 |
| --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Ross and Yerger Insurance Co. premium (overpayment/refund due)** | $12,615.00 |
| 8.2. | **First National Capital, LLC (lease payments to be applied to final lease payments)** | $872,990.11 |
| 8.3. | **Summit Funding Group (lease payment)** | $718,478.01 |
| 8.4. | **Regions Equipment Finance (prepayment for potential financing of equipment)** | $5,000.00 |

9.    **Total of Part 2.**                                                                 **$1,609,083.12**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:      **1,727,135.48**  -        **0.00**  = ....    **$1,727,135.48**
                              face amount                            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                 **$1,727,135.48**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office Furniture at 412 Hamilton Road | $15,835.04 | | Unknown |
| 40. | Office fixtures<br>Office Fixtures at 412 Hamilton Road | $4,026.20 | | Unknown |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Monitors/TVs | $733.54 | | Unknown |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | See attached list | $0.00 | | $943,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. **See attached list of trailers** | $0.00 | | $181,800.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See attached list of equipment | $0.00 | | $27,500.00 |

51. **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50. Copy the total to line 87. | $1,152,300.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **412 Hamilton Road, Bossier City, LA 71111** | Fee | $2,027,656.61 | Appraisal | $800,000.00 |

56. **Total of Part 9.**

| | |
|---|---|
| Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $800,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.** | **Internet domain names and websites** www.s3pumpservice.com | $0.00 | | Unknown |
| **62.** | **Licenses, franchises, and royalties** | | | |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| **64.** | **Other intangibles, or intellectual property** Loan origination fees | $5,711.69 | | Unknown |
| **65.** | **Goodwill** | | | |

**66.  Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.  Notes receivable**
Description (include name of obligor)

| | | | |
|---|---|---|---|
| S-3 Power Sports, LLC | 330,787.00 Total face amount | – 0.00 = doubtful or uncollectible amount | $330,787.00 |
| Savannah Aviation, LLC (fixed no assets remaining to liquidate and pay; 100% uncoll) | 1,526,810.83 Total face amount | – 1,526,810.83 = doubtful or uncollectible amount | Unknown |

| Louisiana Industrial Diesel, LLC (out of business; 100% uncoll) | 14,108.72 - Total face amount | 14,108.72 = doubtful or uncollectible amount | Unknown |
|---|---|---|---|
| **S3 Executive Air, LLC** | 49,511.42 - Total face amount | 49,511.42 = doubtful or uncollectible amount | Unknown |
| **KBS Endeavors, LLC (last payment 5/2015)** | 37,112.12 - Total face amount | 37,112.12 = doubtful or uncollectible amount | Unknown |

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
     **Travelers Insurance Employment Practice Liability Policy**

| Nature of claim | Reimbursement of legal fees-FLSA lawsuit | Unknown |
|---|---|---|
| Amount requested | $30,882.92 | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $330,787.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $1,238,704.06 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $1,609,083.12 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,727,135.48 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $1,152,300.00 | |
| 88. Real property. *Copy line 56, Part 9* .........................................................................> | | $800,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $330,787.00 | |
| 91. Total. Add lines 80 through 90 for each column | $6,058,009.66 | + 91b. $800,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $6,858,009.66 |

| Vehicle Number | Description | Make | Model | Year | Value | License Plate |
|---|---|---|---|---|---|---|
| 101 | 2006 Ford | Ford | F150 | 2006 | 2,000.00 | W665195 |
| 113 | Shop/Maintenance | Ford | Ranger | 2008 | 1,500.00 | X084897 |
| 118 | 2008 Ford | Ford | F150 | 2008 | 4,000.00 | X354280 |
| 125 | Dodge | Dodge | R2500 | 2009 | 6,000.00 | B655770 |
| 133 | Used for Parts | Ford | F250 | 2010 | 1,500.00 | B695588 |
| 136 | Jeep Rubicon | Jeep | Rubicon | 2010 | 15,000.00 | TJM924 |
| 139 | Ford F250 Pick up | Ford | F250 | 2010 | 6,000.00 | B698384 |
| 142 | Ford F250 | Ford | F250 | 2011 | 7,000.00 | B698398 |
| 143 | 2011 Ford Pick up | Ford | F250 | 2011 | 7,000.00 | B714009 |
| 147 | Ford F150 | Ford | F150 | 2010 | 6,000.00 | X632415 |
| 149 | Pick Up | Ford | F150 | 2010 | 6,000.00 | X632443 |
| 152 | Pick Up | Ford | F150 | 2010 | 6,000.00 | X632450 |
| 153 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B714044 |
| 156 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B714082 |
| 157 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746154 |
| 158 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746153 |
| 159 | Shop Service Truck | Ford | F350 | 2011 | 9,000.00 | B746103 |
| 160 | Ford F-150 | Ford | F150 | 2010 | 6,000.00 | B746116 |
| 164 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746161 |
| 166 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746199 |
| 171 | Ford Expedition | Ford | Expedition | 2011 | 12,000.00 | VDR102 |
| 172 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746923 |
| 173 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746958 |
| 176 | Ford F250 | Ford | F250 | 2011 | 8,000.00 | B746962 |
| 178 | Ford F350 | Ford | F350 | 2012 | 10,000.00 | B748430 |
| 179 | F350 | Ford | F350 | 2012 | 10,000.00 | B748431 |
| 185 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B748458 |
| 186 | Pick up | Ford | F250 | 2012 | 9,000.00 | B748457 |
| 187 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B748471 |
| 188 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B779115 |
| 196 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B874543 |
| 198 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B902563 |
| 199 | Ford F250 | Ford | F250 | 2012 | 9,000.00 | B902562 |
| 203 | Pick Up | Ford | F250 | 2013 | 10,000.00 | B941639 |
| 204 | Jeep | Jeep | Rubicon | 2013 | 25,000.00 | WYJ644 |
| 208 | Ford Expedition | Ford | Expedition | 2014 | 29,000.00 | WYX208 |
| 209 | Ford F250 | Ford | F250 | 2013 | 14,000.00 | C139912 |
| 210 | Ford F250 | Ford | F250 | 2014 | 14,000.00 | C139913 |
| 211 | Ford F250 | Ford | F250 | 2014 | 14,000.00 | C139915 |
| 217 | Pick Up | Ford | F250 | 2014 | 14,000.00 | C139952 |

S A/B #47

| | | | | | |
|---|---|---|---|---|---|
| 218 | Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C082335 |
| 219 | Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C081959 |
| 220 | Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C082533 |
| 222 | Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C082532 |
| 223 | Dodge Ram | Dodge Ram 2500 | 2013 | 16,000.00 | C082855 |
| 224 | Dodge Ram | Dodge Ram 2500 | 2013 | 16,000.00 | C082861 |
| 225 | Ford | Ford F150 | 2013 | 12,000.00 | B941697 |
| 227 | 2014 Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C178118 |
| 228 | 2014 Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C178117 |
| 229 | 2014 Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C178115 |
| 230 | Dodge Ram | Dodge Ram 2500 | 2014 | 16,000.00 | C178114 |
| 234 | Pick Up | Dodge Ram 2500 | 2014 | 16,000.00 | C229447 |
| 235 | Dodge Pick Up | Dodge Ram 2500 | 2014 | 16,000.00 | C178367 |
| 236 | Dodge Pick Up | Dodge Ram 2500 | 2014 | 16,000.00 | C229483 |
| 237 | Pick Up | Dodge Ram 2500 | 2014 | 16,000.00 | C229482 |
| 241 | Dodge Ram | Dodge Ram 2500 | 2015 | 16,000.00 | C219135 |
| 242 | Dodge Ram | Dodge Ram 2500 | 2015 | 16,000.00 | C219136 |
| 243 | 2015 Dodge | Dodge Ram 3500 | 2015 | 30,000.00 | C218595 |
| 244 | Dodge Ram Pick Up | Dodge Ram 2500 | 2015 | 25,000.00 | C220261 |
| 245 | Dodge Ram Pick Up | Dodge Ram 2500 | 2015 | 25,000.00 | C218573 |
| 246 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220258 |
| 247 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220260 |
| 248 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220263 |
| 249 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220262 |
| 250 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220259 |
| 251 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220257 |
| 252 | 2015 Cadillac Escalade | Cadillac Escalade | 2015 | 25,000.00 | YRU655 |
| 253 | 2015 Dodge Ram 2500 | Dodge Ram 2500 | 2015 | 25,000.00 | C220483 |
| 254 | 2015 Dodge Ram 1500 | Dodge Ram 2500 | 2015 | 25,000.00 | C330393 |

| VIN # | Location | Expiration (Re | Expiration (In | Expiration (In | Expiration (Cab Card) |
|---|---|---|---|---|---|
| 1FTRX12W16 | Administratio | 11/30/2017 | 9/30/2015 | 2/28/2014 | |
| 1FTYR10D08F | Shreveport, L | 12/29/2015 | 9/30/2015 | 2/17/2016 | |
| 1FTPW14V08 | Shreveport, L | 8/31/2016 | 9/30/2015 | 11/1/2015 | |
| 3D7KS28L79C | Power Sports | 6/30/2016 | 9/30/2015 | 5/5/2015 | |
| 1FTSW2AR7AEA23201 | | | | | |
| 1J4BA6H14AL | Administratio | 4/30/2016 | 9/30/2015 | 7/30/2015 | |
| 1FTSW2BR6A | Shreveport, L | 6/30/2016 | 9/30/2015 | 7/1/2015 | |
| 1FT7W2AT2B | Shreveport, L | 6/30/2016 | 9/30/2015 | 8/14/2015 | |
| 1FT7W2AT4B | Shreveport, L | 6/30/2016 | 9/30/2015 | 7/31/2015 | |
| 1FTFW1EV9A | Shreveport, L | 8/31/2018 | 9/30/2015 | 10/31/2016 | |
| 1FTFW1EV6A | Administratio | 7/31/2018 | 9/30/2015 | 9/30/2016 | |
| 1FTFW1EVXA | Administratio | 9/30/2018 | 9/30/2015 | 9/10/2015 | |
| 1FT7W2AT2B | Shreveport, L | 6/30/2016 | 9/30/2015 | 9/30/2016 | |
| 1FT7W2AT9B | Shreveport, L | 6/30/2016 | 9/30/2015 | 2/15/2016 | |
| 1FT7W2AT4B | Shreveport, L | 6/30/2016 | 9/30/2015 | 11/30/2015 | |
| 1FT7W2AT2B | Shreveport, L | 6/30/2016 | 9/30/2015 | 10/31/2016 | |
| 1FD8X3HT0BI | Dilley, TX | 6/30/2016 | 9/30/2015 | 2/15/2016 | |
| 1FTFW1EVXA | Shreveport, L | 6/30/2016 | 9/30/2015 | 2/17/2016 | |
| 1FT7W2AT0B | Shreveport, L | 6/30/2016 | 9/30/2015 | 2/15/2017 | |
| 1FT7W2AT4B | Shreveport, L | 6/30/2016 | 9/30/2015 | 8/17/2015 | |
| 1FMJK2A55BI | Shreveport, L | 6/30/2017 | 9/30/2015 | 6/30/2016 | |
| 1FT7W2AT7B | Shreveport, L | 6/30/2016 | 9/30/2015 | 8/19/2015 | |
| 1FT7W2AT3B | Shreveport, L | 6/30/2016 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2AT0B | Shreveport, L | 6/30/2016 | 9/30/2015 | 10/12/2015 | |
| 1FT8W3DTXC | Shreveport, L | 6/30/2016 | 9/30/2015 | 11/11/2015 | |
| 1FT8W3DT6C | Shreveport, L | 6/30/2016 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2ATOC | Shreveport, L | 12/31/2019 | 9/30/2015 | 11/11/2015 | |
| 1FT7W2AT2C | Shreveport, L | 12/31/2019 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2BT9C | Shreveport, L | 1/31/2020 | 9/30/2015 | 2/15/2016 | |
| 1FT7W2BT1C | Shreveport, L | 3/30/2020 | 9/30/2015 | 4/30/2016 | |
| 1FT7W2BT6C | Administratio | 8/31/2016 | 9/30/2015 | 9/30/2016 | |
| 1FT7W2AT5C | Dilley, TX | 2/28/2017 | 9/30/2015 | 12/30/2015 | |
| 1FT7W2AT9C | Dilley, TX | 2/28/2017 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2AT7D | Shreveport, L | 6/30/2017 | 9/30/2015 | 7/30/2015 | |
| 1C4BJWFG1D | Administratio | 6/30/2017 | 9/30/2015 | 8/24/2015 | |
| 1FMJK1K5XEE | Shreveport, L | 8/30/2017 | 9/30/2015 | 8/24/2015 | |
| 1FT7W2AT1E | Shreveport, L | 9/30/2017 | 9/30/2015 | 11/11/2015 | |
| 1FT7W2AT5E | Shreveport, L | 9/30/2017 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2AT7E | Shreveport, L | 9/30/2017 | 9/30/2015 | 10/12/2015 | |
| 1FT7W2BTXE | Administratio | 11/30/2017 | 9/30/2015 | 11/11/2015 | |

| | | | | |
|---|---|---|---|---|
| 3C6UR4HL6E( | Shreveport, L | 12/30/2017 | 9/30/2015 | 1/17/2016 |
| 3C6UR4HL2E( | Shreveport, L | 12/30/2017 | 9/30/2015 | 1/17/2016 |
| 3C6UR5FL2E( | Shreveport, L | 2/28/2018 | 9/30/2015 | 2/17/2016 |
| 3C6UR5FL3E( | Ohio | 2/28/2018 | 9/30/2015 | 2/15/2016 |
| 3C6UR5HL7D | Dilley, TX | 2/28/2018 | 9/30/2015 | 2/15/2016 |
| 3C6UR5HL7D | Dilley, TX | 2/28/2018 | 9/30/2015 | 2/15/2016 |
| 1FTMF1CF7D | Shreveport, L | 9/30/2017 | 9/30/2015 | 9/30/2016 |
| 3C6UR4HL4E( | Dilley, TX | 6/30/2018 | 9/30/2015 | 3/30/2016 |
| 3C6UR4HL8E( | Dilley, TX | 6/30/2018 | 9/30/2015 | 6/30/2016 |
| 3C6UR4HL6E( | Dilley, TX | 6/30/2018 | 9/30/2015 | 7/31/2016 |
| 3C6UR5HL1E( | Dilley, TX | 6/30/2018 | 9/30/2015 | 7/31/2016 |
| 3C6UR5HL8E( | Shreveport, L | 7/31/2018 | 9/30/2015 | 8/30/2016 |
| 3C6UR5HL3E( | Shreveport, L | 7/31/2018 | 9/30/2015 | 8/30/2016 |
| 3C6UR5HL7E( | Shreveport, L | 8/30/2018 | 9/30/2015 | 8/30/2016 |
| 3C6UR5HL6E( | Shreveport, L | 8/30/2018 | 9/30/2015 | 8/30/2016 |
| 3C6UR5HL3F( | Shreveport, L | 9/30/2018 | 9/30/2015 | 10/30/2016 |
| 3C6UR5HL5F( | Shreveport, L | 9/30/2018 | 9/30/2015 | 10/30/2016 |
| 3C63RRKL7F( | Shreveport, L | 6/30/2016 | 9/30/2015 | 11/30/2016 |
| 3C6UR5PL9F( | Shreveport, L | 12/31/2018 | 9/30/2015 | 11/11/2015 |
| 3C6UR5HL6F( | Shreveport, L | 10/31/2018 | 9/30/2015 | 10/30/2016 |
| 3C6UR5HL7F( | Dilley, TX | 12/31/2018 | 9/30/2015 | 11/11/2015 |
| 3C6UR5HL8F( | Dilley, TX | 12/31/2018 | 9/30/2015 | 10/30/2015 |
| 3C6UR5HLXF( | Dilley, TX | 12/31/2018 | 9/30/2015 | 11/30/2016 |
| 3C6UR5HL9F( | Dilley, TX | 12/31/2018 | 9/30/2015 | 11/30/2016 |
| 3C6UR5HL5F( | Shreveport, L | 12/31/2018 | 9/30/2015 | 11/30/2016 |
| 3C6UR5HL1F( | Shreveport, L | 12/30/2018 | 9/30/2015 | 11/30/2016 |
| 1GYS4TKJ6FR | Administratio | 12/30/2016 | 9/30/2015 | 12/30/2016 |
| 3C6UR5FL0F( | Dilley, TX | 2/12/2015 | 9/30/2015 | 1/17/2016 |
| 3C6UR5PL3F( | Administratio | 9/30/2019 | 9/30/2015 | |

| Vehicle/Pu | Description | Make | Value | Model | License Pla | VIN # | Location | Year | Expiration |
|---|---|---|---|---|---|---|---|---|---|
| CC001 | Command | Cargo Craf | 1500 | Vector | L395789 | 4D6EB192: | Dilley, TX | 2009 | |
| CC002 | Enclosed B | Cargo Craf | 1500 | Cargo/Encl | E510289 | 1WC200E2 | Shreveport | 2012 | |
| CC003 | Command | Cargo Craf | 1500 | Cargo/Encl | L421390 | 4D6EB131: | Shreveport | 2010 | |
| CC004 | Command | Cargo Craf | 1700 | Cargo/Encl | L421389 | 4D6EB131: | Shreveport | 2010 | |
| CC005 | Command | Cargo Craf | 1700 | Cargo/Encl | L422573 | 4D6EB131: | Shreveport | 2010 | |
| CC006 | Command | Cargo Craf | 1700 | Cargo/Encl | L422570 | 4D6EB131: | Shreveport | 2010 | |
| CC007 | Command | Cargo Craf | 1800 | Cargo/Encl | L422571 | 4D6EB131: | Shreveport | 2010 | |
| CC008 | Command | Cargo Craf | 1800 | Cargo/Encl | L422572 | 4D6EB131: | Shreveport | 2010 | |
| CC009 | Command | Cargo Craf | 1800 | Cargo/Encl | L481063 | 4D6EB131: | Dilley, TX | 2011 | |
| CC010 | Command | Cargo Craf | 1800 | Cargo/Encl | L483215 | 4D6EB131: | Dilley, TX | 2011 | |
| CC011 | Command | Cargo Craf | 1850 | Cargo/Encl | L508944 | 4D6EB131: | Shreveport | 2011 | |
| CC012 | Command | Cargo Craf | 1850 | Cargo/Encl | L508938 | 4D6EB131: | Shreveport | 2011 | |
| CC013 | Command | Cargo Craf | 1850 | Cargo/Encl | L510121 | 4D6EB131: | Shreveport | 2011 | |
| CC014 | Command | Cargo Craf | 1900 | Cargo/Encl | L510122 | 4D6EB131: | Shreveport | 2011 | |
| CC015 | Command | Cargo Craf | 1900 | Cargo/Encl | L510123 | 4D6EB131: | Shreveport | 2011 | |
| CC016 | Command | Ice Castle | 1900 | Trophy Hu | L511178 | 4D6EB142: | Shreveport | 2012 | |
| CC017 | Command | Ice Castle | 1900 | Trophy Hu | L511178 | 4D6EB142: | Dilley, TX | 2012 | |
| CC018 | Command | Ice Castle | 1950 | Trophy Hu | L531897 | 5TJBE2313 | Shreveport | 2012 | |
| CC019 | Command | Cargo Craf | 1950 | | L700934 | 4D6EB131: | Dilley, TX | 2014 | |
| CC020 | Command | Cargo Craf | 1950 | Vector-713 | L700935 | 4D6EB131: | Shreveport | 2013 | |
| CC021 | Command | Cargo Craf | 2000 | Vector-713 | L700936 | 4D6EB131: | Shreveport | 2014 | |
| CC022 | Command | Cargo Craf | 2000 | Cargo/Encl | L749021 | 4D6EB131: | West Texa | 2015 | |
| CC023 | Command | Cargo Craf | 2000 | Vector713 | L787211 | 4D6EB131: | Dilley, TX | 2015 | |
| CC024 | Cargo Craf | Cargo Craf | 2000 | Vector713 | L787209 | 4D6EB131: | Shreveport | 2015 | |

S A/B  #48

| Vehicle/Pu | Description | Make | Model | Value | License Pla | VIN # | Location | Year |
|---|---|---|---|---|---|---|---|---|
| | 909 Forest Rive | Forest Rive | Blue Ridge | 8000 | L614714 | 4X4FBLN22 | Shreveport | 2011 |
| | 917 McClain AT | McClain | McClain AT | 2000 | | 4LYBA2028 | Administra | 2014 |
| | 918 20 FT Mon | Mono-Rail | | 1500 | L741704 | 13ZHP2026 | Dilley, TX | 2013 |
| | 921 Coachman | Viking Trail | Viking Ultra | 1500 | L749469 | 5ZT2VWFC | Ohio | 2015 |
| | 922 2015 Cargc | Cargo Mate | GAELG854 | 1500 | | 5NHUEL83! | Shreveport | 2015 |
| | 925 | Catalyst | Work and F | 25000 | | | Shreveport | 2015 |
| T301 | BIGTX. Goc | Big-Tex | 25GN | 10000 | E810875 | 16VGX322( | Shreveport | 2005 |
| T302 | | | Drop Deck | 1500 | E968097 | 1GRDM9622JM07940. | | 1988 |
| T303 | Under Pum | Viking | Drop Deck | 4000 | E970965 | 1V9DS482: | Shreveport | 2000 |
| T304 | Under Pum | Wabash | Drop Deck | 4000 | L614713 | 1JJF483W3 | Shreveport | 2000 |
| T305 | Under Pum | Fontaine | Drop Deck | 5000 | L159733 | 13N24820( | Shreveport | 2008 |
| T307 | Under TP3( | Trailmaster | | 1500 | L299996 | 5BEBU162: | Shreveport | 2009 |
| T309 | Under TP3( | Trailmaster | | 1500 | L614747 | 5BEBU162) | Shreveport | 2009 |
| T310 | Trailmaste | Trailmaster | | 1500 | L394101 | 5BEBU202! | Shreveport | 2009 |
| T315 | Yard Trailer | | Flat Bed | 1500 | L167139 | 5UTBU182: | Dilley, TX | 2007 |
| T316 | Under TP3: | Trailmaste | Utility | 1500 | L399049 | 5BEBU202: | Dilley, TX | 2009 |
| T322 | Trailmaste | Trailmaste | Car Hauler | 1500 | L531898 | 5BEBU202: | Ohio | 2009 |
| T323 | Under TP3: | Trailmaste | Flat Bed | 1500 | L416167 | 5BEBU202: | Dilley, TX | 2010 |
| T324 | Best Bilt | Best Bilt | Utility | 1500 | L416168 | 5YHBU081( | Dilley, TX | 2009 |
| T325 | Under TP316 | | Utility | 1500 | L584255 | 1T9FS1828 | Shreveport, LA | |
| T328 | Under TP3: | Trailmaste | Car Hauler | 1800 | L531036 | 5BEBU202: | Shreveport | 2010 |
| T335 | Under TP3: | Trailmaste | Car Hauler | 1800 | L422516 | 5BEBU202( | Dilley, TX | 2010 |
| T336 | Under TP3: | Trailmaste | Car Hauler | 1800 | L422732 | 5BEBU202( | Shreveport | 2010 |
| T337 | Under TP3: | Trailmaste | Car Hauler | 1800 | L422724 | 5BEBU202) | Shreveport | 2010 |
| T340 | Iron Trailer | Trailmaste | Utility Flatt | 1800 | L483181 | 5BEBU202: | Dilley, TX | 2011 |
| T343 | Under TP3< | Trailmaste | Car Hauler | 1800 | L483415 | 5BEBU202: | Dilley, TX | 2011 |
| T344 | S3 Car Hau | Trailmaste | Car Hauler | 1800 | L484721 | 5BEBU202: | Shreveport | 2011 |
| T345 | Under TP3< | Trailmaste | Car Hauler | 1800 | L484722 | 5BEBU202( | Dilley, TX | 2011 |
| T346 | Under TP3< | Trailmaste | Car Hauler | 1800 | L487027 | 5BEBU202) | Shreveport | 2011 |
| T353 | Car Hauler | Best Bilt | Car Hauler | 1800 | L510126 | 5YHBU242< | Shreveport | 2011 |
| T354 | Under TP3! | Trailmaste | Car Hauler | 1800 | L615523 | 5BEBU202: | Shreveport | 2011 |
| T355 | Under TP3! | Trailmaste | Car Hauler | 1800 | L510253 | 5BEBU202! | West Texas | 2011 |
| T357 | Under TP3! | Trailmaste | Car Hauler | 1800 | L511144 | 5BEBU202: | Ohio | 2011 |
| T361 | Under TP3( | Trailmaste | Utility Flatt | 1800 | L513850 | 5BEBU202: | Dilley, TX | 2012 |
| T362 | Under TP3( | Trailmaste | Utility Flatt | 1800 | L513851 | 5BEBU202: | Dilley, TX | 2012 |
| T363 | Under TP3( | Trailmaste | Utility Flatt | 1800 | L483928 | 5BEBU202! | Dilley, TX | 2012 |
| T364 | Under TP3( | Trailmaste | Utility Flatt | 1800 | L840333 | 5BEBU202: | Shreveport | 2012 |
| T365 | Car Hauler | Trailmaster | | 1900 | L483929 | 5BEBU202: | Ohio | 2012 |
| T366 | Forest Rive | Forest Rive | Cardinal | 8000 | | 5NHUAMX289Y00977! | | 2009 |
| T371 | Under HPP | Stagecoach | Topps | 2000 | L654170 | 5NYBU081( | Shreveport | 2013 |
| T383 | Bumper Pu | Stagecoach | Flatbed | 2000 | L748781 | 5NYBU202' | Dilley, TX | 2014 |
| T384 | Bumper Pu | Stagecoach | Utility Flatt | 2000 | L748782 | 5NYBU202! | Shreveport | 2014 |
| T385 | Bumper Pu | Stagecoach | | 2000 | L748783 | 5NYBU202( | Dilley, TX | 2014 |
| T386 | Bumper Pu | Stagecoach | | 2000 | L748784 | 5NYBU202: | Ohio | 2014 |
| T387 | Bumper Pu | Stagecoach | | 2000 | L748785 | 5NYBU202< | Shreveport | 2014 |
| T388 | Bumper Pull Trailer | | | 2000 | L748786 | 5NYBU202( | Dilley, TX | 2014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| T389 | Bumper Pu Stagecoach | 2000 | L748787 | 5NYBU202 | Dilley, TX | 2014 |
| T390 | Bumper Pull Trailer | 2000 | L748788 | 5NYBU202 | Shreveport | 2014 |
| T391 | Bumper Pu Stagecoach | 2000 | L748789 | 5NYBU202 | Shreveport | 2014 |

| Vehicle/Pu | Description | Make | Model | License Pla | Value | VIN # | Location | Year | Expiration |
|---|---|---|---|---|---|---|---|---|---|
| HPP101 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP102 | On Pump 6 | Dragon | Hydraulic Power Pack | | 1000 | | Ohio | | |
| HPP103 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP104 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP105 | On back of | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP106 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP107 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP108 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP109 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP110 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP111 | On Trailer | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP112 | On Pump | Dragon | Hydraulic Power Pack | | 1000 | | Dilley, TX | | |
| HPP113 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP114 | | Dragon | Hydraulic Power Pack | | 1000 | | Shreveport, LA | | |
| HPP115 | On Pump # | Dragon | Hydraulic Power Pack | | 1500 | | Dilley, TX | | |
| HPP116 | On Pump | Dragon | Hydraulic Power Pack | | 1500 | | Ohio | | |
| HPP117 | | Dragon | Hydraulic Power Pack | | 1500 | | Dilley, TX | | |
| HPP118 | On Pump # | Dragon | Hydraulic Power Pack | | 1500 | 11118512 | Dilley, TX | 2012 | |
| HPP119 | Hydraulic F | Dragon | Hydraulic Power Pack | | 1500 | 11118510 | Shreveport, LA | | |
| HPP120 | On Pump #647 | | Hydraulic Power Pack | | 1500 | | Dilley, TX | 2012 | |
| HPP121 | On Pump #622 | | Hydraulic Power Pack | | 1500 | | Dilley, TX | | |
| HPP122 | | Dragon | Hydraulic Power Pack | | 1500 | | Shreveport, LA | | |
| HPP123 | ON Pump # | Dragon | Hydraulic Power Pack | | 1500 | | Dilley, TX | | |

SAIB #50

| Vehicle/Pu | Description | Make | Model | License Pla | VIN # | Location | Year | Expiration |
|---|---|---|---|---|---|---|---|---|
| TP307 | On Trailer | Dragon | Deutz Motor 8 X 6 C-P | | 8794004 | Shreveport, LA | | |
| TP309 | On Trailer | Custom Bu | John Deere Motor | | | Shreveport, LA | | |
| TP315 | | Dragon | Deutz Motor 8 X 6 C-P | | 8779255 | Shreveport, LA | | |
| TP315 | On Trailer | Dragon | Deutz Motor 8 X 6 C-P | | 8779255 | | | |
| TP316 | On Trailer | T325 | Cummins Motor | | | Shreveport, LA | | |
| TP317 | | | | | AI-4JJ1XBW-02 | Dilley, TX | | |
| TP323 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Dilley, TX | | |
| TP325 | On Trailer | Dragon | Deutz Motor 8 X 6 C-P | P0911 | | Dilley, TX | | |
| TP328 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Shreveport, LA | | |
| TP335 | On Trailer | Dragon | | | | Dilley, TX | | |
| TP336 | On Trailer | Dragon | Deutz Motor 8 X 6 C-P | 5BEBU202( | | Shreveport, LA | | |
| TP337 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Shreveport, LA | | |
| TP343 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Dilley, TX | | |
| TP344 | | Custom Bu | John Deere Motor | | RE4045-T452512 | | | |
| TP345 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Dilley, TX | | |
| TP346 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | Shreveport, LA | | |
| TP354 | On Trailer | Dragon | | | | Shreveport, LA | | |
| TP355 | On Trailer | Dragon | Deutz Motor 8 X 6 C-Pump | | | West Texas | | |
| TP357 | On Trailer | Dragon | | | | Ohio | | |
| TP361 | On Trailer | Dragon | | P-2528 | | Dilley, TX | 2012 | |
| TP362 | On Trailer | Dragon | | P-2757 | | Dilley, TX | 2012 | |
| TP363 | On Trailer | Dragon | | | | Dilley, TX | 2012 | |
| TP364 | On Trailer | T364 | | | | Shreveport, LA | | |
| TP365 | On Trailer | Dragon | | | | | | |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2013 Dodge Ram 2500** | **$19,694.38** | **$35,000.00** |
| **PO Box 130424**<br>**Roseville, MN 55113-0004**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**02-25-2014**<br>Last 4 digits of account number<br>**9318** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2013 Dodge Ram 2500** | $19,654.60 | $35,000.00 |
| **PO Box 130424**<br>**Roseville, MN 55113-0004**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**02-25-2014**<br>Last 4 digits of account number<br>**4099** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.3 | **CAT Financial** | Describe debtor's property that is subject to a lien | $87,868.27 | $90,000.00 |
|-----|-------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**CAT 320EL Hydraulic Excavator**

**PO Box 340001**
**Nashville, TN 37203**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**08-27-2014**

Last 4 digits of account number
**9000**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.4 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $18,742.40 | $25,000.00 |
|-----|----------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**2014 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**01-09-2014**

Last 4 digits of account number
**1725**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.5 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $18,742.40 | $25,000.00 |
|-----|----------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**2014 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

16-10383 - #39  File 03/18/16  Enter 03/18/16 17:36:29  Main Document    Pg 19 of 68

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01-09-2014**
**Last 4 digits of account number**
**7443**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $25,766.66 | $25,000.00 |
| | Creditor's Name | **2014 Dodge Ram 2500** | | |

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02-04-2014**
**Last 4 digits of account number**
**0472**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $25,744.08 | $25,000.00 |
| | Creditor's Name | **2014 Dodge Ram 2500** | | |

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02-04-2014**
**Last 4 digits of account number**
**7569**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $21,256.97 | $25,000.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Creditor's Name                              **2014 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address                   Describe the lien

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**06-30-2014**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4256**
Do multiple creditors have an                **As of the petition filing date, the claim is:**
interest in the same property?               Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ■ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.9 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $22,071.83 | $25,000.00 |

Creditor's Name                              **2014 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address                   Describe the lien

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**06-30-2014**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5337**
Do multiple creditors have an                **As of the petition filing date, the claim is:**
interest in the same property?               Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ■ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.10 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $23,168.86 | $25,000.00 |

Creditor's Name                              **2014 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address                   Describe the lien

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**07-16-2014**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5195**
Do multiple creditors have an                **As of the petition filing date, the claim is:**
interest in the same property?               Check all that apply

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 20

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $24,947.16 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 091279
Fort Worth, TX 76161**
Creditor's mailing address

**2014 Dodge Ram 2500**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**07-16-2014**
Last 4 digits of account number
**5148**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $28,931.37 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 091279
Fort Worth, TX 76161**
Creditor's mailing address

**2014 Dodge Ram 2500**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08-11-2014**
Last 4 digits of account number
**6372**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $25,135.94 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 091279
Fort Worth, TX 76161**
Creditor's mailing address

**2014 Dodge Ram 2500**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08-11-2014**
Last 4 digits of account number
**2273**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 4 | **Chrysler Capital** | | $26,472.14 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Dodge Ram 2500**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08-15-2014**
Last 4 digits of account number
**9431**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 5 | **Chrysler Capital** | | $26,231.66 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Dodge Ram 2500**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08-15-2014**
Last 4 digits of account number
**8979**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.1<br>6 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,191.77 | $35,000.00 |
| | Creditor's Name | **2015 Dodge Ram 2500** | | |

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**10-06-2014**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1470**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1<br>7 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,191.77 | $35,000.00 |
| | Creditor's Name | **2015 Dodge Ram 2500** | | |

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**10-06-2014**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**3501**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1<br>8 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $36,904.96 | $40,000.00 |
| | Creditor's Name | **2015 Dodge Ram 3500** | | |

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred

■ No

**11-10-2014**
Last 4 digits of account number
**2176**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 9 | **Chrysler Capital** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    **$30,260.03**    **$35,000.00**
**2015 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11-10-2014**
Last 4 digits of account number
**5837**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 0 | **Chrysler Capital** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    **$54,449.65**    **$35,000.00**
**2015 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11-25-2014**
Last 4 digits of account number
**7485**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 1 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | **$31,478.37** | **$35,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Creditor's Name

**2015 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11-25-2014**
Last 4 digits of account number
**4132**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 2 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,360.06 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11-25-2014**
Last 4 digits of account number
**9231**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 3 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $32,354.45 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Dodge Ram 2500**

**PO Box 091279**
**Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11-25-2014**
Last 4 digits of account number
**9842**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.2 4**

| **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,342.25 | $35,000.00 |
|---|---|---|---|
| Creditor's Name | **2015 Dodge Ram 2500** | | |
| **PO Box 091279** | | | |
| **Fort Worth, TX 76161** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| **11-25-2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **2289** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.2 5**

| **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,342.25 | $35,000.00 |
|---|---|---|---|
| Creditor's Name | **2015 Dodge Ram 2500** | | |
| **PO Box 091279** | | | |
| **Fort Worth, TX 76161** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| **11-25-2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **8182** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.2 6**

| **Chrysler Capital** | Describe debtor's property that is subject to a lien | $31,201.29 | $35,000.00 |
|---|---|---|---|
| Creditor's Name | **2015 Dodge Ram 2500** | | |
| **PO Box 091279** | | | |
| **Fort Worth, TX 76161** | | | |
| Creditor's mailing address | Describe the lien | | |

---

|  | | |
|---|---|---|
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ■ No | |
| **11-25-2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **9199** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | |
| | Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.2 7 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $38,730.86 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Dodge Ram 2500** | | |

| | | |
|---|---|---|
| **PO Box 091279** | | |
| **Fort Worth, TX 76161** | | |
| Creditor's mailing address | Describe the lien | |
| | | |
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ■ No | |
| **01-12-2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **1115** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | |
| | Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.2 8 | **Citizens Bank & Trust of Vivian** | Describe debtor's property that is subject to a lien | $9,950.56 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2012 Ford F250** | | |

| | | |
|---|---|---|
| **120 West Arkansas Avenue** | | |
| **Vivian, LA 71082** | | |
| Creditor's mailing address | Describe the lien | |
| | | |
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ■ No | |
| **02-19-2013** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **7551** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | |
| | Check all that apply | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 9 | **Citizens Bank & Trust of Vivian** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | Describe debtor's property that is subject to a lien | $9,950.56 | $15,000.00 |
|---|---|---|---|
| | **2012 Ford F250** | | |

**120 West Arkansas Avenue
Vivian, LA 71082**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**02-19-2013**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7643**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Citizens Bank & Trust of Vivian** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | Describe debtor's property that is subject to a lien | $21,262.96 | $36,000.00 |
|---|---|---|---|
| | **2014 Ford Expedition** | | |

**120 West Arkansas Avenue
Vivian, LA 71082**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**09-20-2013**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**8693**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Citizens Bank & Trust of Vivian** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | Describe debtor's property that is subject to a lien | $17,004.83 | $20,000.00 |
|---|---|---|---|
| | **2013 Ford F250** | | |

**120 West Arkansas Avenue
Vivian, LA 71082**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**10-17-2013**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**5095**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Citizens Bank & Trust of Vivian** | Describe debtor's property that is subject to a lien | $16,760.93 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**120 West Arkansas Avenue Vivian, LA 71082**

Creditor's mailing address

**2014 Ford F250**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**10-17-2013**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**9337**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **Citizens Bank & Trust of Vivian** | Describe debtor's property that is subject to a lien | $15,947.43 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**120 West Arkansas Avenue Vivian, LA 71082**

Creditor's mailing address

**2014 Ford F250**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**10-17-2013**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**6713**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 4 | **Citizens National Bank** | Describe debtor's property that is subject to a lien | $1,412,662.29 | Unknown |

**Citizens National Bank**
Creditor's Name

**2711 East Texas Street**
**Bossier City, LA 71111**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**02-27-2012**
Last 4 digits of account number
**7452**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**412 Hamilton Road, Bossier City, LA 71111**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,412,662.29   Unknown

---

| 2.3 5 | **First National Bank of Hughes Sp** | | $589,569.34 | $1,200,000.00 |

**First National Bank of Hughes Sp**
Creditor's Name

**PO Box 779**
**Jefferson, TX 75657**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**07-31-2015**
Last 4 digits of account number
**5565**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Various equipment, Frac Pumps, Trailers, Peterbits**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

$589,569.34   $1,200,000.00

---

| 2.3 6 | **First National Capital LLC** | | $7,361.07 | $20,000.00 |

**First National Capital LLC**
Creditor's Name

**1029 HWY 6 North - Ste 650-283**
**Houston, TX 77079**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**Crew Quarters**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$7,361.07   $20,000.00

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 14 of 20

**03-14-2014**
**Last 4 digits of account number**
**ch25**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 7 | **Ford Credit** | Describe debtor's property that is subject to a lien | $13,911.10 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2013 Ford F250**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07-09-2013**
**Last 4 digits of account number**
**6608**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 8 | **Ford Credit** | Describe debtor's property that is subject to a lien | $26,644.33 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2014 Ford  F250**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12-26-2013**
**Last 4 digits of account number**
**4829**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 9 | **GE Capital** | Describe debtor's property that is subject to a lien | $69,375.25 | $70,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Loader** |
| **PO Box 3083**<br>**Cedar Rapids, IA 52406** | |
| Creditor's mailing address | Describe the lien |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **04-17-2014** | |
| Last 4 digits of account number | **As of the petition filing date, the claim is:** |
| **2001** | Check all that apply |
| Do multiple creditors have an<br>interest in the same property? | ☐ Contingent |
| ■ No | ■ Unliquidated |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Disputed |

---

| 2.4 0 | **PACCAR Financial Corp** | Describe debtor's property that is subject to a lien | $15,748.34 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Peterbilt 389T** | | |
| | **PO Box 530491**<br>**Atlanta, GA 30353** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **06-29-2012** | | | |
| | Last 4 digits of account number | **As of the petition filing date, the claim is:** | | |
| | **1647** | Check all that apply | | |
| | Do multiple creditors have an<br>interest in the same property? | ☐ Contingent | | |
| | ■ No | ■ Unliquidated | | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Disputed | | |

---

| 2.4 1 | **PACCAR Financial Corp** | Describe debtor's property that is subject to a lien | $53,445.49 | $60,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Peterbilt 389** | | |
| | **PO Box 530491**<br>**Atlanta, GA 30353** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **07-09-2013** | | | |
| | Last 4 digits of account number | | | |
| | **4518** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.4 2**

**PACCAR Financial Corp**
Creditor's Name

**PO Box 530491**
**Atlanta, GA 30353**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11-13-2013**
Last 4 digits of account number
**4227**

Describe debtor's property that is subject to a lien
**5-2014 Peterbilts 389**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$322,679.28          $300,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.4 3**

**PACCAR Financial Corp**
Creditor's Name

**PO Box 530491**
**Atlanta, GA 30353**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**07-16-2014**
Last 4 digits of account number
**0657**

Describe debtor's property that is subject to a lien
**3-2015 Peterbilts 389**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$263,452.29          $270,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.4 4**

**PACCAR Financial Corp**
Creditor's Name

**PO Box 530491**
**Atlanta, GA 30353**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2-2015 Peterbilts 389**

Describe the lien

$185,074.99          $180,000.00

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**09-11-2014**

Last 4 digits of account number
**4029**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 5 | **Summit Fund Group** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**4680 Parkway Dr - Ste 300**

**Mason, OH 45040**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 6 | **Wells Fargo Equipment Leasing** | Describe debtor's property that is subject to a lien | $54,555.65 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name
**NW8704**
**PO Box 1450**
**Minneapolis, MN 55485**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3-2013 Peterbilt 389**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**09-05-2013**

Last 4 digits of account number
**3700**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 7 | **Wells Fargo Equipment Leasing** | Describe debtor's property that is subject to a lien | $24,353.97 | $50,000.00 |
|---|---|---|---|---|

| Creditor's Name | | | | |
|---|---|---|---|---|

**NW8704**
**PO Box 1450**
**Minneapolis, MN 55485**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Peterbilt 389**

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

Date debt was incurred
_____

Last 4 digits of account number
**3701**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 8 | **Wells Fargo Equipment Leasing** | Describe debtor's property that is subject to a lien | $100,739.34 | $120,000.00 |
|---|---|---|---|---|

| Creditor's Name | | | | |
|---|---|---|---|---|

**NW8704**
**PO Box 1450**
**Minneapolis, MN 55485**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2-2014 Peterbilt 389**

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

Date debt was incurred
**09-05-2013**

Last 4 digits of account number
**3702**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$4,056,686.43**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known) **16-10383**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHASE CREDIT CARDS**
POBOX 94014
Palatine, IL 60094

Date(s) debt was incurred _
Last 4 digits of account number **9575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHASE CREDIT CARDS**
POBOX 94014
Palatine, IL 60094

Date(s) debt was incurred _
Last 4 digits of account number **0712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,895.03 |
|---|---|---|---|

**CIT Finance LLC**
1 CIT Drive - Mail Stop 4130
Livingston, NJ 07039

Date(s) debt was incurred **11-07-2013**
Last 4 digits of account number **6003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CIT Finance LLC**
1 CIT Drive - Mail Stop 4130
Livingston, NJ 07039

Date(s) debt was incurred **01-06-2014**
Last 4 digits of account number **6004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2-2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CIT Finance LLC**
**1 CIT Drive - Mail Stop 4130**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01-14-2014**
Last 4 digits of account number **6005**

Basis for the claim: **2014 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$314,620.95** |
|---|---|---|---|

**EH National Bank**
**Leasing Dept**
**3100 Bristol Street - Ste 150**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05-06-2013**
Last 4 digits of account number **3244**

Basis for the claim: **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$427,567.46** |
|---|---|---|---|

**Element Financial Corp**
**PO Box 71425**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-08-2013**
Last 4 digits of account number **ch17**

Basis for the claim: **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428,065.34** |
|---|---|---|---|

**Element Financial Corp**
**PO Box 71425**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-16-2013**
Last 4 digits of account number **ch18**

Basis for the claim: **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428,065.34** |
|---|---|---|---|

**Element Financial Corp**
**PO Box 71425**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-16-2013**
Last 4 digits of account number **ch19**

Basis for the claim: **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$560,593.20** |
|---|---|---|---|

**MB Financial**
**6111 North River Road - 7th Flr**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03-22-2013**
Last 4 digits of account number **h001**

Basis for the claim: **2-2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658,275.64** |
|---|---|---|---|

**MB Financial**
**6111 North River Road - 7th Flr**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09-22-2014**
Last 4 digits of account number **h003**

Basis for the claim: **2014 JMAC 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,808.92 |
|---|---|---|---|

**Pacific Western Equip Fin**
6975 Union Park Ctr - Ste 200
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-25-2012**
Last 4 digits of account number  **ch02**

Basis for the claim:  **2012 IDMS Magnum 2500 Q HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264,716.16 |
|---|---|---|---|

**Pacific Western Equip Fin**
6975 Union Park Ctr - Ste 200
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-15-2013**
Last 4 digits of account number  **h010**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,748.56 |
|---|---|---|---|

**Peoples Capital & Leasing Corp**
255 Bank St
Waterbury, CT 06702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-26-2012**
Last 4 digits of account number  **8001**

Basis for the claim:  **2012 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406,258.01 |
|---|---|---|---|

**Peoples Capital & Leasing Corp**
255 Bank St
Waterbury, CT 06702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-07-2013**
Last 4 digits of account number  **h007**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244,065.07 |
|---|---|---|---|

**Peoples Capital & Leasing Corp**
255 Bank St
Waterbury, CT 06702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-10-2012**
Last 4 digits of account number  **8002**

Basis for the claim:  **2012 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281,714.98 |
|---|---|---|---|

**Prime Alliance Bank**
1868 South 500 West
Woods Cross, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-01-2013**
Last 4 digits of account number  **h003**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677,241.59 |
|---|---|---|---|

**Prime Alliance Bank**
1868 South 500 West
Woods Cross, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-27-2014**
Last 4 digits of account number  **h015**

Basis for the claim:  **2015 JMAC 2500 HP Frac Pump**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $173,043.65 |

**3.19** Nonpriority creditor's name and mailing address
**Republic Bank**
1560 S Renaissance Twr Dr - Ste
Bountiful, UT 84010

Date(s) debt was incurred  __04-24-2012__
Last 4 digits of account number  __6012__

As of the petition filing date, the claim is: *Check all that apply.*                    **$173,043.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2-2012 IDMS Magnum 2500-Q HP Frac Pumps__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**Republic Bank**
1560 S Renaissance Twr Dr - Ste
Bountiful, UT 84010

Date(s) debt was incurred  __06-26-2012__
Last 4 digits of account number  __6013__

As of the petition filing date, the claim is: *Check all that apply.*                    **$107,805.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2012 IDMS Magnum 2500-Q HP Frac Pump__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred  __02-15-2013__
Last 4 digits of account number  __ch11__

As of the petition filing date, the claim is: *Check all that apply.*                    **$264,716.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2013 Dragon 2500 HP Frac Pump__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred  __10-16-2013__
Last 4 digits of account number  __ch20__

As of the petition filing date, the claim is: *Check all that apply.*                    **$46,108.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2013 Dragon 120 BBC Acid Transport__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred  __10-16-2013__
Last 4 digits of account number  __ch21__

As of the petition filing date, the claim is: *Check all that apply.*                    **$46,486.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2013 Dragon 2500 HP Frac Pump__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred  __10-27-2014__
Last 4 digits of account number  __h014__

As of the petition filing date, the claim is: *Check all that apply.*                    **$677,241.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2015 JMAC 2500 HP Frac Pump__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred  _
Last 4 digits of account number  __h010__

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2014 IDMS Magnum 2500-Q HP Frac Pump__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Signature Financial LLC**
225 Broadhollow Rd - Ste 132W
Melville, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number **h011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2014 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259,153.03 |
|---|---|---|---|

**Susquehanna Comm Fin Inc.**
2 Country View Rd - Ste 300
Malvern, PA 19355

Date(s) debt was incurred  **12-28-2012**
Last 4 digits of account number  **1808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2012 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657,038.90 |
|---|---|---|---|

**Susquehanna Comm Fin Inc.**
2 Country View Rd - Ste 300
Malvern, PA 19355

Date(s) debt was incurred  **09-09-2014**
Last 4 digits of account number  **6605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2015 JMAC 2500 HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,742.12 |
|---|---|---|---|

**TAB (Transportation Alliance)**
4185 Harrison Blvd - Ste 200
Ogden, UT 84403

Date(s) debt was incurred  **12-05-2012**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2012 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281,714.98 |
|---|---|---|---|

**TAB (Transportation Alliance)**
4185 Harrison Blvd - Ste 200
Ogden, UT 84403

Date(s) debt was incurred  **04-01-2013**
Last 4 digits of account number  **h002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,122.27 |
|---|---|---|---|

**TEXAS COMPTROLLER**
POBOX 149361
Austin, TX 78714

Date(s) debt was incurred _
Last 4 digits of account number  **7672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TAXES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281,714.98 |
|---|---|---|---|

**Trinity, Div of Bank of the West**
475 Sansonne St - 19th Flr
San Francisco, CA 94111

Date(s) debt was incurred  **04-01-2013**
Last 4 digits of account number  **h004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399,275.25 |

**Trinity, Div of Bank of the West**
**475 Sansome St - 19th Flr**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-31-2013**

Last 4 digits of account number  **h005**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Trinity, Div of Bank of the West**
**475 Sansome St - 19th Flr**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **h008**

Basis for the claim:  **2014 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Trinity, Div of Bank of the West**
**475 Sansome St - 19th Flr**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **h009**

Basis for the claim:  **2014 IDMS Magnum 2500-Q HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314,984.95 |

**United Leasing Inc.**
**3700 Morgan Avenue**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-06-2013**

Last 4 digits of account number  **0001**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**UNIVERSAL FLEET**
**POBOX 70995**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **F978**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,677.87 |

**Wells Fargo Equipment Leasing**
**NW8704**
**PO Box 1450**
**Minneapolis, MN 55485**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-07-2013**

Last 4 digits of account number  **3400**

Basis for the claim:  **2013 IDMS 1000 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406,258.01 |

**Wintrust Equip Finance**
**fka Beverly Bank**
**3665 Park Place West - Ste 150**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-07-2013**

Last 4 digits of account number  **h006**

Basis for the claim:  **2013 Dragon 2500 HP Frac Pump**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

16-10383 - #39  File 03/18/16  Enter 03/18/16 17:36:29  Main Document    Pg 43 of 68

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,470,720.10 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 9,470,720.10 |

Fill in this information to identify the case:

Debtor name  **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  **16-10383**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ **No.** Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 642** |
| | State the term remaining | **11-01-2017** |
| | List the contract number of any government contract | |

**CIT Finance LLC**
**1 CIT Drive - Mail Stop 4130**
**Livingston, NJ 07039**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 634** |
| | State the term remaining | **05-01-2017** |
| | List the contract number of any government contract | |

**EH National Bank**
**Leasing Dept**
**3100 Bristol Street - Ste 150**
**Costa Mesa, CA 92626**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 636** |
| | State the term remaining | **09-15-2017** |
| | List the contract number of any government contract | |

**Element Financial Corp**
**PO Box 71425**
**Chicago, IL 60694**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 637** |
| | State the term remaining | **09-15-2017** |
| | List the contract number of any government contract | |

**Element Financial Corp**
**PO Box 71425**
**Chicago, IL 60694**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 638** | |
|---|---|---|---|
| | State the term remaining | **09-15-2017** | **Element Financial Corp**<br>**PO Box 71425**<br>**Chicago, IL 60694** |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNITS 628/629** | |
|---|---|---|---|
| | State the term remaining | **04-01-2017** | **MB Financial**<br>**6111 North River Road - 7th Flr**<br>**Des Plaines, IL 60018** |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 651** | |
|---|---|---|---|
| | State the term remaining | **09-15-2018** | **MB Financial**<br>**6111 North River Road - 7th Flr**<br>**Des Plaines, IL 60018** |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 620** | |
|---|---|---|---|
| | State the term remaining | **05-01-2016** | **Pacific Western Equip Fin**<br>**6975 Union Park Ctr - Ste 200**<br>**Midvale, UT 84047** |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 626** | |
|---|---|---|---|
| | State the term remaining | **02-01-2017** | **Pacific Western Equip Fin**<br>**6975 Union Park Ctr - Ste 200**<br>**Midvale, UT 84047** |
| | List the contract number of any government contract | _____ | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 622** | |
|---|---|---|---|
| | State the term remaining | **09-01-2016** | **Peoples Capital & Leasing Corp**<br>**255 Bank St**<br>**Waterbury, CT 06702** |
| | List the contract number of | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 641** | |
| | State the term remaining | 11-01-2017 | **Peoples Capital & Leasing Corp** |
| | List the contract number of any government contract | | **255 Bank St**<br>**Waterbury, CT 06702** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 623** | |
| | State the term remaining | 10-01-2016 | **Peoples Capital & Leasing Corp** |
| | List the contract number of any government contract | | **255 Bank St**<br>**Waterbury, CT 06702** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 631** | |
| | State the term remaining | 04-01-2017 | **Prime Alliance Bank** |
| | List the contract number of any government contract | | **1868 South 500 West**<br>**Woods Cross, UT 84087** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 653** | |
| | State the term remaining | 10-15-2018 | **Prime Alliance Bank** |
| | List the contract number of any government contract | | **1868 South 500 West**<br>**Woods Cross, UT 84087** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNITS 618/619** | |
| | State the term remaining | 04-01-2016 | **Republic Bank** |
| | List the contract number of any government contract | | **1560 S Renaissance Twr Dr - Ste**<br>**Bountiful, UT 84010** |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 621** | **Republic Bank**<br>**1560 S Renaissance Twr Dr - Ste**<br>**Bountiful, UT 84010** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |
|---|---|---|
| State the term remaining | 06-01-2016 | |
| List the contract number of any government contract | _____ | |

---

**2.1 7.**  State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 627**

State the term remaining | 02-01-2017

List the contract number of any government contract _____

**Signature Financial LLC**
**225 Broadhollow Rd - Ste 132W**
**Melville, NY 11747**

---

**2.1 8.**  State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 652**

State the term remaining | 10-15-2018

List the contract number of any government contract _____

**Signature Financial LLC**
**225 Broadhollow Rd - Ste 132W**
**Melville, NY 11747**

---

**2.1 9.**  State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 625**

State the term remaining | 12-01-2016

List the contract number of any government contract _____

**Susquehanna Comm Fin Inc.**
**2 Country View Rd - Ste 300**
**Malvern, PA 19355**

---

**2.2 0.**  State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 649**

State the term remaining | 08-15-20119

List the contract number of any government contract _____

**Susquehanna Comm Fin Inc.**
**2 Country View Rd - Ste 300**
**Malvern, PA 19355**

---

**2.2 1.**  State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 624**

State the term remaining | 12-01-2016

List the contract number of any government contract _____

**TAB (Transportation Alliance)**
**4185 Harrison Blvd - Ste 200**
**Ogden, UT 84403**

---

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 630** |
| | State the term remaining | **04-01-2017** |
| | List the contract number of any government contract | _____ |

**TAB (Transportation Alliance)**
**4185 Harrison Blvd - Ste 200**
**Ogden, UT 84403**

| | | |
|---|---|---|
| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 632** |
| | State the term remaining | **04-01-2017** |
| | List the contract number of any government contract | _____ |

**Trinity, Div of Bank of the West**
**475 Sansonne St - 19th Flr**
**San Francisco, CA 94111**

| | | |
|---|---|---|
| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 639** |
| | State the term remaining | **10-01-2017** |
| | List the contract number of any government contract | _____ |

**Trinity, Div of Bank of the West**
**475 Sansonne St - 19th Flr**
**San Francisco, CA 94111**

| | | |
|---|---|---|
| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 633** |
| | State the term remaining | **05-01-2017** |
| | List the contract number of any government contract | _____ |

**United Leasing Inc.**
**3700 Morgan Avenue**
**Evansville, IN 47715**

| | | |
|---|---|---|
| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 635** |
| | State the term remaining | **05-01-2017** |
| | List the contract number of any government contract | _____ |

**Wells Fargo Equipment Leasing**
**NW8704**
**PO Box 1450**
**Minneapolis, MN 55485**

| | | |
|---|---|---|
| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **PUMP UNIT 640** |
| | State the term remaining | **11-01-2017** |
| | List the contract number of | |

**Wintrust Equip Finance**
**fka Beverly Bank**
**3665 Park Place West - Ste 150**
**Mishawaka, IN 46545**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

any government contract    _____    _____

Debtor name   **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   **16-10383**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: Codebtor                                         Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Malcolm H. Sneed, III | Co-debtor is a guarantor of all equipment leases originated by Summitt Finance and First National Capital. | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | S-3 Power Sports, LLC | 1918 Barton Drive<br>Shreveport, LA 71107<br>This co-debtor assumed the Citizens National Bank loan secured by 1918 Barton Drive. | Citizens National Bank | ■ D   2.34<br>☐ E/F _____<br>☐ G _____ |

Debtor name    **S-3 PUMP SERVICE, INC.**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF LOUISIANA**

Case number (if known)    **16-10383**

☐ Check if this is an
    amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2016** to Filing Date | ■ Operating a business<br>☐ Other | **$6,754,104.39** |
   | **For prior year:**<br>From   **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$42,568,017.18** |
   | **For year before that:**<br>From   **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$47,615,669.43** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2016** to **Filing Date** | **OPERATING A BUSINESS** | **$-129,099.86** |
   | **For prior year:**<br>From   **1/01/2015** to **12/31/2015** | **OPERATING A BUSINESS** | **$-5,006,585.40** |
   | **For year before that:**<br>From   **1/01/2014** to **12/31/2014** | **INTEREST, OTHER INCOME, GAIN/LOSS ON SALE OF ASSETS** | **$91,849.01** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | AT&T<br>PO Box 105262<br>Atlanta, GA 30348 | | $100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  UTILITIES |
| 3.2. | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  COMPANY CELL TELEPHONES |
| 3.3. | DRAGON PRODUCTS LTD<br>POBOX 3127<br>Beaumont, TX 77704 | | $304.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | MS DEPT OF TRANSPORTATION<br>BOX 3649<br>Jackson, MS 39207 | | $1,612.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  OVERPAYMENT |
| 3.5. | INDUSTRIAL DIESEL MFG & SVC<br>8801 HARMON ROAD<br>Fort Worth, TX 76177 | | $5,037.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | MUSIC MOUNTAIN<br>POBOX 2252<br>Birmingham, AL 35246 | | $182.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | PARTS & SUPPLY<br>103 E. CALVERT<br>Karnes City, TX 78118 | | $19.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  REFUND |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.8.**<br>PILOT THOMAS LOGISTICS, LLC<br>POBOX 677732<br>Dallas, TX 75267 | | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.9.**<br>SANDFORD OIL CO., INC.<br>WELLS FARGO BUSINESS CREDIT<br>POBOX 202056<br>Dallas, TX 75320 | | $1,256.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.10.**<br>SHALE FLOW SPECIALTIES<br>300 MARVIN A SMITH DRIVE<br>Dallas, TX 75267 | | $207.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.11.**<br>SMITH OIL CO.<br>POBOX 7905<br>Shreveport, LA 71137 | | $8,540.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.12.**<br>SIMMONS PETROLEUM INC.<br>POBOX 676686<br>Dallas, TX 75267 | | $3,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.13.**<br>SPM FLOW CONTROL INC.<br>POBOX 99395<br>Fort Worth, TX 76177 | | $633.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.14.**<br>SUN COAST RESOURCES INC.<br>POBOX 202603<br>Dallas, TX 75320 | | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.15.**<br>UNIVERSAL FLEET<br>POBOX 70995<br>Charlotte, NC 28272 | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16   **VERIZON WIRELESS**<br>**POBOX 660108**<br>**Dallas, TX 75266** | | $581.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Jason Roche (Pls Class; see below)**<br>**c/o Josh Sanford Law Firm**<br>**Little Rock, AR**<br>**Malcolm Sneed co-obligor** | **03-02-2016** | $1,600,000.00 | **Settlement of litigation (see below)** |
| 4.2.   **All Lessors Under Frac Pump Leases**<br><br>**Malcolm Sneed guaranteed lease obligations** | **Monthly throughout last 12 monts** | $0.00 | **Monthly rental payments on pump leases** |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Jason Roche, et al. v. S-3 Pump Service, Inc., et al.**<br>**5:15-cv-268-XR** | **FLSA wage claim** | **USDC; WEST DIST of TX; SAN ANTONIO DIV**<br>**San Antonio, TX** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Drew Bridwell, et al. v. S-3 Pump Service, Inc.<br>5:15-cv-00548-FB | FLSA WAGE CLAIM | USDC; WEST DIST OF TX-SAN ANTONIO DIV SAN ANTONIO, TX | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Sharquana Collins v Newton Farris, S-3 Pump Service, Inc. and Berkley National Insur. Company<br>589237 | Personal injury (vehicle accident) | 1ST JDC; Caddo Parish, LA<br>501 Texas Street<br>Shreveport, LA 71101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | AMVETS DEPT OF LA<br>POBOX 19492<br>Shreveport, LA 71149 | | 08-01-2014 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | BOSSIER CITY FIRE FIGHTERS ASSOC<br>POBOX 6479<br>Bossier City, LA 71171 | MDA GOLF TOURNEY | 03-19-2014 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | BOSSIER CITY ROTARY CLUB<br>BOSSIER CITY, LA | | 06/25/2014 | $2,000.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | BOSSIER CITY ROTARY CLUB<br>BOSSIER CITY, LA | | 05/22/2015 | $1,000.00 |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | CARLEY TISDALE | DONATION TO TISDALE FAMILY | 07-25-2015 | $1,050.00 |
| | Recipients relationship to debtor | | | |
| 9.6. | CYSTIC FIBROSIS FOUNDATION POBOX 125 Benton, LA 71006 | | 11-13-2014 | $20,000.00 |
| | Recipients relationship to debtor | | | |
| 9.7. | CYSTIC FIBROSIS FOUNDATION POBOX 125 Benton, LA 71006 | | 08-21-2015 | $10,000.00 |
| | Recipients relationship to debtor | | | |
| 9.8. | DELTA WATERFOWL | BANQUET TICKETS/TABLE | 08-21-2014 | $1,500.00 |
| | Recipients relationship to debtor | | | |
| 9.9. | DILLEY ISD 245 HWY 117 Dilley, TX 78017 | MHMS CHEERLEADERS | | $0.00 |
| | Recipients relationship to debtor | | | |
| 9.10. | DREAM HUNT FOUNDATION 315 DEER CROSSING Stonewall, LA 71078 | | 04-20-2015 | $1,200.00 |
| | Recipients relationship to debtor | | | |
| 9.11. | DREAM HUNT FOUNDATION 315 DEER CROSSING Stonewall, LA 71078 | | 09-24-2015 | $11,100.00 |
| | Recipients relationship to debtor | | | |
| 9.12. | EG HUCKABAY FOP #3 POBOX 3604 Shreveport, LA 71103 | DIAMOND | 10-22-2015 | $1,000.00 |
| | Recipients relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.13 . | EL KARUBAH SHRINE CIRCUS POBOX 19472 Shreveport, LA 71149 | | 04-03-2014 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.14 . | FRIO CO. JUNIOR LIVESTOCK SHOW, INC. POBOX 588 Dilley, TX 78017 | | 01-14-2015 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.15 . | K LOVE POBOX 2098 Omaha, NE 68103 | | 09-30-2014 | $10,000.00 |
| | Recipients relationship to debtor | | | |
| 9.16 . | KATRINA MARTINEZ 255 COUNTY ROAD Dilley, TX 78017 | | 07-30-2014 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.17 . | LIFEWATER CHURCH 2163 AIRLINE DRIVE Bossier City, LA 71111 | | 04-22-2015 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.18 . | LOGA 1331 LAKERIDGE DRIVE Baton Rouge, LA 70820 | | 03-05-2014 | $5,000.00 |
| | Recipients relationship to debtor | | | |
| 9.19 . | LOGA 1331 LAKERIDGE DRIVE Baton Rouge, LA 70820 | | 12-11-2014 | $1,750.00 |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.20  **LA NARCOTICS OFFICE**<br>**721 GOVERNMENT ST**<br>**#103-184**<br>**Baton Rouge, LA 70802** | **DISTRICT 1 & 2** | **05-05-2014** | **$1,000.00** |
| Recipients relationship to debtor | | | |
| 9.21  **MUDDIN FOR THE MILITARY** | | **06-23-2015** | **$1,000.00** |
| Recipients relationship to debtor | | | |
| 9.22  **NATIONAL WRITE YOUR**<br>**CONGRESSMAN, INC.**<br>**2435 N CENTRAL**<br>**EXPRESSWAY - STE 300**<br>**Richardson, TX 75080** | | **06-04-2014** | **$1,345.00** |
| Recipients relationship to debtor | | | |
| 9.23  **OPERATION CHRISTIAN**<br>**LOVE**<br>**POBOX 117**<br>**Charlotte, TX 78011** | | **12-05-2014** | **$10,000.00** |
| Recipients relationship to debtor | | | |
| 9.24  **SERGIO CAZARES**<br>**2528 E SUGAR CANE ROAD**<br>**Weslaco, TX 78596** | **SERGIO CAZARES, JR. (INTERMITTENT**<br>**EXPLOSIVE DISORDER EXPENSES)** | **11-14-2014** | **$3,000.00** |
| Recipients relationship to debtor | | | |
| 9.25  **SHV POLICE FOP #3**<br>**ONE AT&T CENTER**<br>**PARKWAY**<br>**San Antonio, TX 78219** | | **09-23-2014** | **$2,000.00** |
| Recipients relationship to debtor | | | |
| 9.26  **SILVER AND BLACK GIVE**<br>**BACK**<br>**POBOX 50**<br>**Memphis, TN 38101** | | **10-20-2014** | **$5,000.00** |
| Recipients relationship to debtor | | | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.27 **ST JUDE CHILDRENS RESEARCH HOSPITAL POBOX 50 Memphis, TN 38101** | | 09-29-2014 | $5,000.00 |
| Recipients relationship to debtor | | | |
| 9.28 **VIVIAN ATHLETIC ASSOCIATION POBOX 218 Vivian, LA 71082** | **ROCKSTARS** | 03-19-2014 | $500.00 |
| Recipients relationship to debtor | | | |
| 9.29 **VIVIAN ATHLETIC ASSOCIATION POBOX 218 Vivian, LA 71082** | | 03-31-2015 | $500.00 |
| Recipients relationship to debtor | | | |
| 9.30 **VOLUNTEERS FOR YOUTH JUSTICE 1968 N RAILROAD AVE Arcadia, LA 71001** | | 11-20-2014 | $3,000.00 |
| Recipients relationship to debtor | | | |

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Blanchard, Walker, O'Quin & Roberts 333 Texas Street - Suite 700 Shreveport, LA 71101 | Attorney Fees | 02-10-2016 | $25,000.00 |
| | Email or website address rjohnson@bwor.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Blanchard, Walker, O'Quin & Roberts 333 Texas Street - Suite 700 Shreveport, LA 71101 | Attorney Fees | 02-26-2016 | $24,591.30 |
| | Email or website address rjohnson@bwor.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | RBM LLP 624 TRAVIS ST - STE 800 Shreveport, LA 71101 | Accounting services | 03-04-2016 | $7,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | HUMMINGBIRD & KING 401 MARKET STREET - STE 400 Shreveport, LA 71101 | RETAINER FOR VALUATION | 03-20-2016 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **S-3 POWER SPORTS, LLC 1918 BARTON DRIVE Shreveport, LA 71107** | **1918 BARTON DRIVE PROPERTY AND ASSUMPTION OF LOAN AT CITIZENS NATIONAL BANK** | **03-02-2016** | **$633,374.06** |

Relationship to debtor
**Affiliate**

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.
　　■ Yes. Fill in below:
　　Name of plan                                                    Employer identification number of the plan
　　**S-3 PUMP SERVICE, INC. 401(K) PLAN**                          EIN:  **20-5626767**

　　Has the plan been terminated?
　　■ No
　　☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **REGIONS BANK**<br>**1633 NORTH MARKET**<br>**Shreveport, LA 71107** | XXXX-1434 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03-04-16 | $6,857.97 |
| 18.2. **Citizens Bank & Trust of Vivian**<br>**120 West Arkansas Avenue**<br>**Vivian, LA 71082** | XXXX-5089 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02-03-2016 | $4,741.99 |
| 18.3. **Citizens National Bank**<br>**2711 East Texas Street**<br>**Bossier City, LA 71111** | XXXX-1967 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03-03-2016 | $0.00 |
| 18.4. **Citizens National Bank**<br>**2711 East Texas Street**<br>**Bossier City, LA 71111** | XXXX-4524 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03-01-2016 | $0.00 |
| 18.5. **Citizens National Bank**<br>**2711 East Texas Street**<br>**Bossier City, LA 71111** | XXXX-6689 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02-09-2016 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☐  No.
   ■  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Complaint No. 852799; Inspection #948135**<br>**OSHA-San Antonio Area Office**<br>**800 Dolorosa - Ste 203**<br>**San Antonio, TX  78207** | | **Workplace hazard-living quarters** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Complaint No. 1034736**<br>**OSHA-San Antonio Area Office**<br>**8200 W. Interstate 10 - Ste 605**<br>**San Antonio, TX  78230** | | **Workplace hazard** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **On-Site Inspection**<br>**TX Commission of Environmental Quality**<br>**San Antonio Region Office**<br>**14250 Judson Road**<br>**San Antonion, TX  78233** | | **Wash bays containment** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Lesley Amos | July 2014 - February 4, 2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | BDO LLP<br>700 NORTH PEARL - STE 2000<br>Dallas, TX 75201 | 09-30-2013;<br>09-30-2014;<br>09-30-2015 (not completed) |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Linda Sneed | |
| 26c.2. | Malcolm Sneed | |
| 26c.3. | Lesley Amos | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MALCOLM H SNEED, III | 56 VICTORIAS DRIVE<br>Bossier City, LA 71111 | PRESIDENT/CEO | 50 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| LINDA S. SNEED | 56 VICTORIAS DRIVE<br>Barksdale AFB, LA 71110 | SECRETARY/TREASURER | 50 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| J. NICHOLE SCATES | 402 ATKINS PLACE<br>Benton, LA 71006 | VICE PRESIDENT | 0 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| COURTNEY SNEED | 3222 PINE HAVEN LANE<br>Haughton, LA 71037 | VICE PRESIDENT | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| LESLEY AMOS | 105 STONEBRIDGE BLVD<br>Bossier City, LA 71111 | CFO | JULY 2014 -<br>FEBRUARY 4,<br>2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | J. NICHOLE SCATES | $114,428.15 | 03-04-2015 THRU 03-04-2016 | SALARY |
| | Relationship to debtor | | | |
| 30.2. | COURTNEY L. SNEED | $103,617.63 | 03-04-2015 THRU 03-04-2016 | SALARY |
| | Relationship to debtor | | | |
| 30.3. | MALCOLM H. SNEED, III | $287,908.77 | 03-04-2015 THRU 03-04-2016 | SALARY |
| | Relationship to debtor | | | |
| 30.4. | LINDA SNEED | $129,595.55 | 03-04-2015 THRU 03-04-2016 | SALARY |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2016**

**/s/ Malcolm H. Sneed, III**                          **Malcolm H. Sneed, III**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes