Hearing set 10:00 a.m. on June 10, 2016.  Response deadline is June 8, 2016.  Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing.  The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings.



**SO ORDERED.**

**DONE and SIGNED May 31, 2016.**

_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE
_____

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISISON

| | | |
|---|---|---|
| IN RE:   S-3 PUMP SERVICE, INC. | * | CASE NO.  16-10383 |
|                     DEBTOR | * | |
| | * | CHAPTER 11 |
| | * | |
| | * | JUDGE JEFFREY P. NORMAN |

### ORDER SETTING EXPEDITED HEARING

Considering the Motion to Set Expedited Hearing on Motion for Authority to Sell Property Free and Clear of Liens and Interests (Doc. 85) of S-3 Pump Service, Inc., the Debtor, there being good cause shown for the scheduling of an expedited hearing thereon, it is

ORDERED that a hearing will be held on the Debtor's Motion for Authority to Sell Property Free and Clear of Liens and Interests on the __ day of June, 2016, commencing at __ o'clock _.m. at the United States Bankruptcy Court, 300 Fannin Street, Courtroom Four, Fourth Floor, Shreveport, Louisiana  71101.  Any party may file an objection to the Debtor's Motion for Authority to Sell Property Free and Clear of Liens and Interests not later than two days prior to

the date of the hearing. Objections must be filed with the Clerk, United States Bankruptcy Court, Room 2201, 300 Fannin Street, Shreveport, Louisiana 71101, and a copy sent to Robert W. Johnson, Attorney for the Debtor, P. O. Drawer 1126, Shreveport, Louisiana 71163.

FURTHER ORDERED that the notice period provided in Bankruptcy Rule 2002(a) be and is hereby shortened such that notice of the hearing will be sufficient if served within one (1) business day of the entry of this Order.

# # #

ORDER PREPARED AND SUBMITTED BY:
BLANCHARD, WALKER, O'QUIN & ROBERTS
Robert W. Johnson, LA Bar #01444
P.O. Box 1126 (71163)
333 Texas Street #700 (71101)
Shreveport, Louisiana
318/221-6858
Fax: 318/227-2967

ATTORNEYS FOR THE DEBTOR